IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:25-CR-1296 |
| v. | 18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>18 U.S.C. § 932(b)(1)<br>18 U.S.C. § 932(c)(1)<br>18 U.S.C. § 934<br>28 U.S.C. § 2461(c) |
| **SAMUEL KEITH BISHOP**<br>**SAMANTHA LOUISE DAVIS**<br>a/k/a "Samantha Ford" | |
| | **INDICTMENT**<br>**(Under Seal)** |

## COUNT 1

**(Conspiracy to Straw Purchase Firearm)**

**THE GRAND JURY CHARGES:**

In August 2023, in the District of South Carolina, the Defendants, **SAMUEL KEITH BISHOP** and **SAMANTHA LOUISE DAVIS, A/K/A "SAMANTHA FORD,"** did knowingly and willfully conspire to purchase a firearm in or otherwise affecting interstate or foreign commerce, for, on behalf of, and at the request or demand of any other person, knowing and having reasonable cause to believe that such other person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1);

In violation of Title 18, United States Code, Sections 932(b)(1), 932(c)(1), and 2.

1

## COUNT 2

### (False Statement to FFL)

**THE GRAND JURY FURTHER CHARGES:**

That on or about August 12, 2023, in the District of South Carolina, the Defendant, **SAMUEL KEITH BISHOP,** did knowingly make a false statement in connection with the acquisition and attempted acquisition of a Hi-Point pistol, Model CF380, .380 pistol from Licensed Dealer 1, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant, **SAMUEL KEITH BISHOP,** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the Hi-Point pistol, Model CF380, .380 pistol, whereas in truth and in fact, he was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

# FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violation of Title 18, United States Code, Sections 922 and 932 as charged in this Indictment, the Defendants, **SAMUEL KEITH BISHOP and SAMANTHA LOUISE DAVIS, A/K/A "SAMANTHA FORD"**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any firearms and ammunition (as defined in 18 U.S.C. § 921) involved in or used in any knowing violation of 18 U.S.C. § 922 or 932, or violation of any other criminal law of the United States, or intended to be used in a crime of violence; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the 18 U.S.C. § 932 offense, and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

A.    Firearm:

Hi-Point pistol, Model CF380, .380 caliber pistol
Serial Number: P8196180
Purchased by: Samuel Bishop on behalf of Samantha Davis

B.    Cash Proceeds / Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the conspiracy offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to their violation of 18 U.S.C. § 932.

3

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act

or omission of a Defendant:

      (1)    Cannot be located upon the exercise of due diligence;
      (2)    Has been transferred or sold to, or deposited with a third party;
      (3)    Has been placed beyond the jurisdiction of the Court;
      (4)    Has been substantially diminished in value; or
      (5)    Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1),

(incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other

property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28, United

States Code, Section 2461(c).

A _____true_____ BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Christopher Lietzow (# 12301)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Email: christopher.lietzow@usdoj.gov

4